**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

JANET HOYT,

    Plaintiff,

v.                                           Case No.   3:19-cv-1347-J-34MCR

AFRIDI&PIETERSE INVESTMENTS
L.P., d/b/a Wyndham Garden,

    Defendant.

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on Plaintiff's Notice of Voluntary Dismissal With Prejudice (Dkt. No. 12; Notice) filed on June 24, 2020. In the Notice, Plaintiff requests dismissal of this matter with prejudice. <u>See</u> Notice at 1. Upon review of the docket, the Court notes that Defendant has neither served an answer nor a motion for summary judgment. Accordingly, pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, it is hereby

    **ORDERED:**

    1.    This case is **DISMISSED with prejudice**.

    2.    Each party shall bear its own costs and attorneys' fees.

    3.    The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 24th day of June, 2020.

MARCIA MORALES HOWARD
United States District Judge

lc11
Copies to:

Counsel of Record
Pro Se Parties